IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100028199588019 (Facebook Case Numbers: 4510474, 4945503, and 4945503) THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. MJ 20-59-BLG-TJC  Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrant) of the existence of the attached warrant until one year from the date of this Order. Previously, on June 10, 2020, pursuant to 18 U.S.C. § 2705(b), this Court issued the attached preclusion of Order directing Facebook Inc. not to notify any person of the existence of the warrant for one year from the date of the June 10, 2020 Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from

prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook Inc. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year from the date of this Order, except that Facebook Inc. may disclose the attached warrant to an attorney for Facebook Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

DATED this 12th day of August, 2021..

                                            TIMOTHY J. CAVAN
                                            U.S. Magistrate Judge